624062

| Original - Court | 2nd copy - Plaintiff |
| 1st copy - Defendant | 3rd copy - Return |

Approved, SCAO

**STATE OF MICHIGAN**
20th ~~JUDICIAL DISTRICT~~ **JUDICIAL CIRCUIT** ~~COUNTY PROBATE~~

**SUMMONS** ~~AND COMPLAINT~~

**CASE NO.**
06- 56415 -CK

EDWARD R. POST

Court telephone no. 616-846-8315

**Court address**
414 Washington Street, Room 301-A, Grand Haven, MI 49417

**Plaintiff name(s), address(es) and telephone no(s).**
ZEELAND COMMUNITY HOSPITAL
8333 Felch St.
Zeeland, MI 49464
616.772.4644

v

**Defendant name(s), address(es), and telephone no(s).**
ASSURITY LIFE INSURANCE COMPANY, a Nebraska corporation,
c/o Resident Agent: Keith Prettyman
Assurity Life Insurance Company
1526 K Street
Lincoln, Nebraska 68508

Phone: 1-800-869-0355

**Plaintiff attorney, bar no., address, and telephone no.**
William W. Jack, Jr. (P23403)
SMITH HAUGHEY RICE & ROEGGE
250 Monroe Ave., N.W., Suite 200
Grand Rapids, MI 49503
(616) 774-8000

**SUMMONS** | **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan, you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file an answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). MCR 2.111(C)
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
| Sept 18 2006 | Dec 18 2006 | DANIEL C. KRUEGER by Sandra Vander Bosch Dep. Clerk |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** | Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**VENUE**
Plaintiff(s) residence (include city, township, or village): Zeeland, Michigan
Defendant(s) residence (include city, township, or village): Lincoln, Nebraska
Place where action arose or business conducted: Zeeland, Michigan

September 14, 2006
Date

Signature of attorney/plaintiff William W. Jack P23403

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/06) **SUMMONS AND COMPLAINT**    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

| PROOF OF SERVICE | SUMMONS AND COMPLAINT Case No. 06-56415-CK |

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Resident Agent: Keith Prettyman, Assurity Life Insurance Company | 1526 K Street, Lincoln, Nebraska 68508 | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

| Service fee $ | Miles traveled | Mileage fee $ | Total fee $ | Signature _____ |
| | | | | Title _____ |

Subscribed and sworn to before me on _____, _____ County, Michigan.
Date

My commission expires: _____    Signature: _____
Date                                                Deputy court clerk/Notary public
Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Signature                           Day, date, time
                       _____ on behalf of _____.