| ADM# | ADM DATE | DX | TOTAL CHARGES | SERVICES | DATE & PAYOR |
|---|---|---|---|---|---|
| 393911 | 2/6/01 | 3542 | 299.35 | NERVE TESTS, EMG | 8/27/01 ASSURITY PAID $284.05, CONTRACT ADJ $14.95<br>10/31/01 REFUND ASSURITY<br>PER ASSURITY WC REFUNDED 10/31/01 WORK COMP CLAIM<br>WORK COM DENIED BEFORE ACCIDENT DATE |
| 401596 | 3/19/01 | 3569 | 24,504.92 | IVIG | 8/29/01 ASSURITY PAID $23032.75, CONT ADJ $1212.25, LATE CHARGES PAID 9/20/01 $248.25 CONT ADJ 13.67, LATE CHARGE PAID AGAIN 11/12/03<br>REFUND ASSURITY 10/31/01 $ 23526<br>WORK COMP PAID 11/30/01 $17861.24 CONT ADJ $6643.68, REFUNDED 12/10/03 |
| 409709 | 4/30/01 | 3569 | 13,699.89 | IVIG | 8/27/01 ASSURITY PAID $8443 AND $4294.35, CONTRACT ADJ $447 AND $228.65, refunded 10/31/01<br>WORK COMP PAID 11/30/01, REFUNDED ON 12/10/03 |
| 412340 | 6/4/01 | 3569 | 4,494.03 | IVIG – SEE EOB | 8/31/01 ASSURITY PAID $4269.30, CONTRACT ADJ $224.70, refunded 10/31/01<br>WORK COMP PAID 11/30/01, REFUNDED 12/10/01 |
| 412342 | 7/2/01 | 3569 | 4,494.03 | IVIG – SEE EOB | 8/31/01 ASSURITY PAID $4269.30, CONT ADJ $224.70, REFUNDED ON 10/31/01<br>11/30/01 WORK COMP PAID, REFUNDED ON 12/10/03 |
| 423409 | 7/23/01 | 3569 | 9,579.03 | IVIG – SEE EOB | 9/28/01 ASSURITY PAID $9100.05, CONT ADJ $478.95, REFUNDED ON 10/31/01<br>11/30/01 WORK COMP PAID, NOT REFUNDED |
| 423437 | 8/20/01 | 3569 | 8,627.13 | IVIG | 11/29/01 WORK COM PAID, 12/10/03 REFUNDED WORK COMP |
| 423439 | 9/24/01 | 3569 | 8,670.03 | IVIG | 2/21/02 WORK COM PAID, 12/10/03 WORK COMP REFUNDED |
| 437847 | 10/24/01 | 3569 | 5,907.31 | IVIG | 12/20/01 WORK COM PAID, 12/10/03 WORK COMP REFUNDED |
| 437852 | 11/26/01 | 3569 | 4,302.21 | IVIG | NO PAYMENTS RECEIVED |
| 451428 | 12/26/01 | 3569 | 6,653.15 | IVIG | NO PAYMENTS RECEIVED |
| 454022 | 1/23/02 | 3569 | 6,769.81 | IVIG | NO PAYMENTS RECEIVED |
| 458562 | 2/20/02 | 3569 | 6,613.81 | IVIG | NO PAYMENTS RECEIVED |
| 458929 | 3/20/02 | 3569 | 6,492.51 | IVIG | NO PAYMENTS RECEIVED |

| | | | | | |
|---|---|---|---|---|---|
| 469688 | 4/10/02 | 3569 | 6,656.51 | IVIG | NO PAYMENTS RECEIVED |
| 475671 | 5/1/02 | 3569 | 6,243.11 | IVIG | NO PAYMENTS RECEIVED |
| 475707 | 5/22/02 | 3569 | 6,613.81 | IVIG | NO PAYMENTS RECEIVED |
| 480678 | 6/12/02 | 3569 | 6,613.81 | IVIG | NO PAYMENTS RECEIVED |
| 484543 | 7/3/02 | 3569 | 6,531.81 | IVIG | NO PAYMENTS RECEIVED |
| 488497 | 7/24/02 | 3569 | 6,656.51 | IVIG | NO PAYMENTS RECEIVED |
| 492429 | 8/14/02 | 3569 | 6,675.13 | IVIG | NO PAYMENTS RECEIVED |
| 498358 | 9/4/02 | 3569 | 6,574.51 | IVIG | NO PAYMENTS RECEIVED |
| 498385 | 9/25/02 | 3569 | 7,304.70 | IVIG | NO PAYMENTS RECEIVED |
| 504328 | 10/16/02 | 3569 | 7,825.43 | IVIG | NO PAYMENTS RECEIVED |
| 510612 | 11/6/02 | 3569 | 7,790.93 | IVIG | NO PAYMENTS RECEIVED |
| 510656 | 11/27/02 | 3569 | 8,546.31 | IVIG | NO PAYMENTS RECEIVED |
| 516158 | 12/18/02 | 3569 | 8,492.31 | IVIG | NO PAYMENTS RECEIVED |
| 521551 | 1/8/03 | 3569 | 8,461.81 | IVIG | NO PAYMENTS RECEIVED |
| 521583 | 1/29/03 | 3569 | 8,422.66 | IVIG | NO PAYMENTS RECEIVED |
| 527953 | 2/19/03 | 3569 | 8,378.66 | IVIG | NO PAYMENTS RECEIVED |
| 533793 | 3/12/03 | 3569 | 7,665.85 | IVIG | NO PAYMENTS RECEIVED |
| 539319 | 4/2/03 | 3569 | 7,665.85 | IVIG | NO PAYMENTS RECEIVED |
| 544691 | 4/30/03 | 3569 | 7,607.81 | IVIG | NO PAYMENTS RECEIVED |
| 548607 | 5/21/03 | 3569 | 7,804.89 | IVIG | NO PAYMENTS RECEIVED |
| 552282 | 6/11/03 | 3569 | 7,821.93 | IVIG | NO PAYMENTS RECEIVED |
| 1002272 | 7/2/03 | 3569 | 8,404.60 | IVIG | NO PAYMENTS RECEIVED |
| 1005586 | 7/23/03 | 3569 | 8,654.50 | IVIG | NO PAYMENTS RECEIVED |
| 1009252 | 8/13/03 | 3569 | 8,503.00 | IVIG | NO PAYMENTS RECEIVED |
| 1013097 | 9/3/03 | 3569 | 8,428.00 | IVIG | NO PAYMENTS RECEIVED |
| 1016958 | 9/24/03 | 3569 | 8,503.00 | IVIG | NO PAYMENTS RECEIVED |
| 1020884 | 10/15/03 | 3569 | 10,485.76 | IVIG | NO PAYMENTS RECEIVED |
| 1024573 | 11/5/03 | 3569 | 16,793.00 | IVIG | NO PAYMENTS RECEIVED |
| 1030876 | 12/10/03 | 3569 | 16,705.00 | IVIG | Self payment $1000, NO PAYMENT FROM INSURANCE |
| | | | 353,938.40 | | |

admissions\[FM vs GM.xls]FOR BILL JACK

☒003

ZEELAND HOSPITAL A.P.

08/23/2005 09:48 FAX 6167725788

```
PEAR SYSTEM                    ZEELAND COMMUNITY HOSPITAL                    PAGE:   1
RUN:  6/23/2005  9:19              ACCOUNT NOTES                      RPT:  PRRP208-001
EFFECTIVE:  6/23/2005              FOR ALL DATES                      USER:   VLAPOINTS

ALL CODES
ALL TYPES
ALL USERS
HISTORICAL NOTES: Y  CODES NOTES: Y  TEXT NOTES: Y  SYSTEM NOTES: Y

PATIENT NUMBER: 0806412342
PATIENT NAME:   MORALES, FELIPE

 DATE      TIME   EMP     TYPE CODE  CODED NOTE         TEXT NOTE
--------   -----  ---     ---- ----  ----------------   ----------------------------
04/05/05  11:21   NIK  S  SYS  FU    FOLLOW-UP DATE     03-19-2005
01/19/05  10:59            FU    FOLLOW-UP DATE     01-18-2005
11/19/04  18:22            PU    FOLLOW-UP DATE     11-09-2004
11/11/04  17:08         K COLL STAT  STATUS CLK         DID NOT SEND FINAL LTR
          16:43         S           FINL FINAL LETTER   SENT
11/10/04  12:45                     FINL FINAL LETTER   SENT
          12:44   SYS                FINL FINAL LETTER   SENT
11/05/04  15:06   DD   N                                PER POST OFFICE, THE ADDRESS
                                                         OF 7 E CENTRAL, IS NOT ACCEPTI
                                                         NG MAIL. POST OFFICE STATES
                                                         PATIENT HAS A PO BOX OF 162 IN
                                                         ZEELAND. I WILL TRY TO SEND PP
                                                         COUPONS FOR ACCT 1039876 TO
                                                         THIS ADDRESS.
11/08/04   8:51   MPS  S SYS  FU    FOLLOW-UP DATE     09-21-2004
           8:51         H BILL                         ALL ACCOUNTS THAT I HAD ON
                                                         HOLD ARE NOWING BEING RELEASED
                                                         , FELIPE FAILED TO GIVE US THE
                                                         NECESSARY INFORMATION TO
                                                         PROCESS CHARITY CARE. THIS IS
                                                         BEING GIVEN TO MARY TODAY.I
                                                         DID DISCUSS THIS WITH VAL.
10/04/04  14:06   JB   S SYS  PAD1  PATIENT ADDRESS    373 LEROY LANE
                          AND GBIR  BIRTHDATE          19831226
                          SYS  PAD1  PATIENT ADDRESS   3299 WEST SHORE
                          AND GSS$  GUAR SS$           363943374
09/03/04  14:24   SAM              GSS$  GUAR SS$      305781547
09/02/04  13:31   BPS      SYS  FU    FOLLOW-UP DATE   09-18-2004
          13:30             BILL PEND INS PENDING      SEE VAL 5/21/04
08/04/04   8:51         S SYS  FU    FOLLOW-UP DATE    07-22-2004
07/23/04   9:16            BILL PEND INS PENDING
           9:15         H                              I CALLED FELIPE AND HE SAID HE
                                                         WILL BE BRINGING IN HIS CHARIT
                                                         Y CARE FORM SOON. I DISCUSSED
                                                         WITH VAL AND ACCOUNTS ARE
                                                         STILL ON HOLD.
05/23/04  11:58   NIK      COLL STAT STATUS CLK        NO FINAL LETTERS WERE SENT
          11:02   BPS  S        FINL FINAL LETTER      FINAL COLLECTION LETTER
05/22/04  17:50                  FINL FINAL LETTER     FINAL COLLECTION LETTER
          17:48                  FINL FINAL LETTER     FINAL COLLECTION LETTER
          17:46                  FINL FINAL LETTER     FINAL COLLECTION LETTER
          17:41                  FINL FINAL LETTER     FINAL COLLECTION LETTER
          17:39   SYS             FINL FINAL LETTER    SENT
04/14/04  15:58   DKC      AND  GSS$ GUAR SS$          376645721
```

```
PEAR SYSTEM                    ZEELAND COMMUNITY HOSPITAL              PAGE:    2
RUN:  6/23/2005   9:39              ACCOUNT NOTES               RPT:  PERP200-001
EFFECTIVE:  6/23/2005                FOR ALL DATES              USER:   VLAPOINTE
---------------------------------------------------------------------------------
ALL CODES
ALL TYPES
ALL USERS
HISTORICAL NOTES: Y   CODES NOTES: Y   TEXT NOTES: Y   SYSTEM NOTES: Y
---------------------------------------------------------------------------------

PATIENT NUMBER: 0000412342
PATIENT NAME:   MORALES, FELIPE

   DATE      TIME   EMP   TYPE CODE CODED NOTE     TEXT NOTE
---------   -----   ---   ---- ---- ----------     ---------
06/07/04   11:56   BPS    SYS   FU   FOLLOW-UP DATE    05-28-2004
                          BILL PEND INS PENDING
05/27/04   16:39   MIK  S SYS   FU   FOLLOW-UP DATE    06-14-2004
05/10/04    9:22               FU   FOLLOW-UP DATE    04-14-2004
05/07/04   11:53   JE         AUD  0255 GUAR SP#     305701647
04/15/04   13:45   BPS  N BILL                      ****I STOPPED TO COLLECTION**
                                                    PT IS WORKING WITH LAWYER
                                                    TRYING TO GET THIS RESOLVED.
                                                    WILL FOLLOWUP IN 60 DAYS
           13:34                                    I WILL REVIEW THE CLAIM IN 60
                                                    DAYS
03/15/04   14:14   HTK                              02-17-2004
12/19/03   15:28   BPS                              07-12-2003
                                                    HMPF
           15:24          N BILL                    I AM ROLLING CLAIMS TO PT RESP
                                                    AND I WILL KEEP ON MY COLLECT
                                                    ION LIST...**DO NOT SEND TO
                                                    COLLECTIONS WITHOUT VALS
                                                    APPROVAL*****
12/18/03   16:05                                    THESE CLAIMS WERE REJ BY GROUP
                                                    MARKETING, THEY WILL BE ROLLED
                                                    TO PT, BUT DO NOT SEND TO
                                                    COLLECTIONS UNTIL IT IS VERIFI
                                                    ED WITH VAL. PT HAS A LAWYER
                                                    PERSUING GROUP MARKETING AND
                                                    ALSO SENT PAPERS TO INS COMMIS
                                                    SIONER. PT WILL KEEP ME UPDATE
                                                    D
12/10/03   14:25   KAD        REFI REFUND INS CO    CITIZENS PER THEIR REQUEST
11/20/03   12:02   BPS  N                           I CALLED BECKY LILLIE THE DIST
                                                    MANAGER AT GROUP MARKETING TO
                                                    VRIFY IF THEY ARE GOING TO
                                                    PAY FOR THE DAY OR NOT.HER
                                                    PHONE NUMBER IS 800 354 4766
                                                    EXT 130. I LEFT HER A MESSAGE
                                                    TO CALL ME WITH AN UPDATE.
                                                    NOTE JULIA IS NOT LONGER
                                                    HANDLING THIS
11/16/03    6:36              PEND INS PENDING      GROUP MARKETING ISSUES
10/21/03   16:41          N                         I SPOKE TO JULIA AT GROUP
                                                    MARKETING, THEY HAVE ACCEPTED
                                                    RESPONSIBILIRIBITY AND WILL
                                                    BE PAYING THESE CLAIM. THEY
                                                    ARE WORKING ON THIS NOW AND
```

06/23/2005 08:51 FAX 6167725786  ZEELAND HOSPITAL A.P.  @014

```
PBAR SYSTEM                    ZEELAND COMMUNITY HOSPITAL              PAGE:    3
RUN:  6/23/2005  9:39                ACCOUNT NOTES                     RPT:   PSRP260-001
EFFECTIVE:  6/23/2005                FOR ALL DATES                     USER:  VLAPOINTE
-------------------------------------------------------------------------------
ALL CODES
ALL TYPES
ALL USERS
HISTORICAL NOTES: Y   CODES NOTES: Y   TEXT NOTES: Y   SYSTEM NOTES: Y
-------------------------------------------------------------------------------

PATIENT NUMBER: 0000412342
PATIENT NAME:   MORALES, FELIPE

  DATE      TIME   EXP   TYPE CODE CODEO NOTE      TEXT NOTE
--------   -----   ---   ---- ---- -------------   ------------------------------
                                                   SHOULD BE PAYING THIS IN THE
                                                   NEXT 2 WEEKS. I WILL CALL MARY
                                                   AT CITIZENS 866 760 6233 WHEN
                                                   THIS IS PAID.
  10/20/03  15:55                                  I CALLED JULIA AT GROUP
                                                   MARKETING AND I WAS ADV THAT
                                                   THEY DID RECEIVE THE LETTER
                                                   BACK FROM THE DR BUT SHE HAS
                                                   NOT GIVEN IT TO THE NURSE TO
                                                   REVIEW IT, SHE WILL DO THIS
                                                   TUESDAY, SHE WILL CALL ME BACK
                                                   AFTER THE LAWYERS MAKE A
                                                   DECISION.
            15:55                                  MARY FROM CITIZENS CALLED
                                                   TO SEE IF I HAD HEARD
                                                   ANYTHING FROM GROUP MARKTG
                                                   I ADV I AM WAITING FOR A
                                                   DECISION. HER PHONE 866 760
                                                   6233.
  09/19/03  14:40                                  JULIA FROM GROUP MARKETING
                                                   CALLED WITH AN UPDATE. THE
                                                   NURSE WHO IS REVIEWING THE
                                                   CLAIMS NEEDS ADDED INFO FROM
                                                   THE DOCTORS OFFICE AND PER
                                                   JULIA REQ THAT INFO. AS SOON
                                                   AS THEY GET THE LETTER AND THE
                                                   NURSE REVIEWS SHE WILL CALL ME
                                                   MARY FROM CITIZENS SAID THAT
                                                   SHE HAD TO PAY FOR THE DR TO
                                                   WRITE A LETTER. SHE WILL CALL
                                                   THE DR IN 2 WEEKS AND SEE IF
                                                   WE SENT THE LETTER BACK OR
                                                   WAITING ON MONEY TO WRITE THE
                                                   LETTER. MARY STATES SHE WILL
                                                   PAY THE DR TO WRITE THE LETTER
                                                   SO WE CAN GET THIS SETTLED,
                                                   SHE WILL ALSO CALL ME
  09/05/03  14:32                                  JULIA CALLED BACK FROM GROUP
                                                   MARKETING TO ADV THAT THERE
                                                   LAWYERS HAVE THE PAPERS AND
                                                   ARE REVIEWING THIS NOW, THEY
                                                   WILL MAKE A DETERMINATION
                                                   ON IF THEY WILL PAY THIS.
                                                   JULIA WILL CALL WITH A DECISIO
```

08/23/2005 08:51 FAX 6167725786     ZEELAND HOSPITAL A.P.     ☒015

```
PEAK SYSTEM                    ZEELAND COMMUNITY HOSPITAL              PAGE:    4
RUN:  6/23/2005  9:39              ACCOUNT NOTES              RPT:  PBRP200-001
EFFECTIVE:  6/23/2005               FOR ALL DATES             USER:    VLAPOINTE
------------------------------------------------------------------------------
ALL CODES
ALL TYPES
ALL USERS
HISTORICAL NOTES: Y  CODES NOTES: Y  TEXT NOTES: Y  SYSTEM NOTES: Y
------------------------------------------------------------------------------

PATIENT NUMBER: 0000432342
PATIENT NAME:   MORALES, FELIPE

  DATE     TIME   SUP   TYPE CODE CODED NOTE    TEXT NOTE
-------    -----  ---   ---- ---- ----------    ---------
           13:43                                MAUREEN FROM CITIZENS ALSO
                                                STATED THAT THE ERROR CAME
                                                FROM A X WORKER WHO WAS
                                                HANDLING THIS CLAIM WALKED
                                                OUT AND CLOSED ALL HER ACCT
                                                BEFORE SHE LEFT. THEY PAID
                                                $6,000.00 ON THIS CLAIM DUE TO
                                                THIS WORKERS ERROR. THIS
                                                SHOULD NOT HAVE BEEN PD, DO
                                                NOT REFUND CITIZENS AT THIS TM
           13:35                                I RECIEVED A CALL FROM MAUREEN
                                                AT CITIZENS IN RE TO LETTER I
                                                SENT. SHE STATES THAT SHE
                                                HAS A LETTER FROM THE DR
                                                DATE JUNE 03 THAT DOCUMENTS
                                                NOT WORK RELATED. SHE SENT
                                                THIS JULY 1 03 TO GROUP MKTING
                                                I GAVE HER JULIA NAME AND #
                                                SHE WILL CALL HER. SHE WILL
                                                FAX ME A COPY OF WHAT SHE SENT
07/28/03   16:18                                I CALLED GROUP MARKETING AND
                                                SPOKE TO THE REP WHO IS
                                                HANDLING THIS PT'S CLAIMS.
                                                JULIA 616 940 2999 EXT 163
                                                SHE INFORMED ME THAT THEY ARE
                                                WAITING ON CITIZENS TO SHOW
                                                PROOF OF WHY NOT RESPONSIBLITY
                                                AND THEN IF THIS IS DONE THEY
                                                WILL PAY. PER JULIE I DO NOT
                                                HAVE TO KEEP STATUSING ANY CLK
           16:16                                I SENT A LETTER TODAY TO
                                                CITIZENS ASKING THEM TO GIVE
                                                ME PROOF WHY THEY ARE NOT
                                                RESPONSIBLE. IF THEY DO NOT
                                                AND GROUP MARKETING IS ON
                                                HOLD I WILL ROLL TO PT.
06/12/03            CV                          I AM SENDING STATUS TO INS TOD
                                                AY. JB
04/25/03                                        I AM REBILLING INS, I AM REVIS
                                                ING FROM A REPORT.
05/09/02                                        SENT PAPER CLAIM TO PPOM
04/25/02                                        GAVE CORRECTED CLAIM TO DONNA
                                                O.
04/23/02   11:31                                U892 EMC Submitted - Cycle #
```

08/23/2005 08:51 FAX 6167725786    ZEELAND HOSPITAL A.P.    ☒016

```
PEAR SYSTEM                    ZEELAND COMMUNITY HOSPITAL              PAGE:   5
RUN: 6/23/2005  9:39              ACCOUNT NOTES                      RPT: FNRP300-001
EFFECTIVE: 6/23/2005              FOR ALL DATES                      USER:   VLAPOINTE
------------------------------------------------------------------------------------
ALL CODES
ALL TYPES
ALL USERS
HISTORICAL NOTES: Y   CODES NOTES: Y   TEXT NOTES: Y   SYSTEM NOTES: Y
------------------------------------------------------------------------------------

PATIENT NUMBER: 0000412342
PATIENT NAME:   MORALES, PELIPE

  DATE      TIME   EMP   TYPE CODE  CODED NOTE   TEXT NOTE
--------  ------   ---   ---- ----  -----------  ----------------------------
                                                 : 1001 $   4494.03
           13:06                                 UB92   Bill Passed  - Cycle #
                                                 : 1001 $   4494.03
                                                 for PC / Payor  45/4550
           10:51                                 UB92  Claim Built  - Cycle #
                                                 : 1001 $   4494.03
           10:25                                 Detail Bill Printed - Cycle #
                                                 : 1001 $   4494.03
04/19/02   14:50                                 UB92 Reconstructed  - Cycle #
                                                 : 1001
            8:53                                 Changed PC/Payor : 60/6000 To
                                                 PC/Payor : 45/4553
                                                 BILL HEALTH INSURANCE PER EMPL
                                                 OYER
                                                 NEED TO SEND PAPER CLAIM TO PP
                                                 ON - PLEASE GIVE TO
                                                 DONNA O. TO SEND.
11/30/01    9:57                                 Rolled Cycle : 0001 To PC/Payo
                                                 r :  /
11/05/01   12:00                                 Statement Dated : 11/05/01 Pen
                                                 ding $   4494.00
                                                 BILLED CITIZENS
10/30/01   13:43                                 Changed PC/Payor : 72/7200 To
                                                 PC/Payor : 60/6000
08/31/01   13:54                                 Changed PC/Payor : 45/4550 To
                                                 PC/Payor : 72/7200
07/24/01    8:27                                 UB92 EMC Submitted  - Cycle #
                                                 : 0001 $   4494.03
            8:17                                 UB92   Bill Passed  - Cycle #
                                                 : 0001 $   4494.03
                                                 for PC / Payor  45/4550
            8:12                                 UB92  Claim Built  - Cycle #
                                                 : 0001 $   4494.03
            7:59                                 Detail Bill Printed - Cycle #
                                                 : 0001 $   4494.03

* TOTAL COMMENTS:  211

                * * * * END OF LIST * * * *
```

Exh C

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

ZEELAND COMMUNITY HOSPITAL, a Michigan non-profit corporation,

    Plaintiff,

v

ASSURITY LIFE INSURANCE COMPANY, a Nebraska corporation, and GROUP MARKETING SERVICES, INC., a Michigan corporation,

    Defendants.

CASE NO. 06-56415 -CK

HON. Edward R-Post

William W. Jack, Jr. (P23403)
R. Jay Hardin (P35458)
Joseph E. Belsito (P69014)
SMITH HAUGHEY RICE & ROEGGE
*Attorneys for Plaintiff*
250 Monroe Avenue, N.W.
200 Calder Plaza Building
Grand Rapids, MI 49503-2251
(616) 774-8000

## AFFIDAVIT OF MS. PATRICIA BOYD

STATE OF MICHIGAN  )
                            )ss.
COUNTY OF OTTAWA  )

I, Patricia Boyd, depose and state that the following information is provided of my own personal knowledge, that the matters stated herein are true to the best of my knowledge, that I am of legal age and competent to testify if called as a witness, and if called as a witness would testify as follows:

1. I currently serve as Accounts Receivable Clerk for Zeeland Community Hospital ("ZCH").

2. I have served in this position since ~~February, 2001~~ October 21, 2002.

3. On July 26, 2003, I spoke with a Group Marketing Services, Inc. ("GMS") representative named Julia regarding the claims which are at issue in this case. *See* **Complaint Exhibit B**.

4. Julia informed me that GMS was waiting for confirmation from Citizens Insurance, Mr. Morales's Workers' Compensation carrier, that they (Citizens Insurance) owed no obligation to pay the claims. *See id.*

5. Julia indicated to me that if Citizens Insurance in fact owed no duty to pay for the claims, that GMS (via Assurity) would pay the claims. *See id.*

6. On August 6, 2003, I again spoke with Julia of GMS regarding the claims, and Julia advised me that their lawyers were reviewing the issue and would make a determination regarding whether GMS would pay the claims. *See id.* I also spoke with a Maureen from Citizens Insurance, who indicated that Citizens Insurance erroneously paid the claims due to an ex-employee's oversight, and that the employee had "walked out" and closed all her accounts before she left. *See id.* Maureen also indicated that Citizens Insurance had a letter from the doctor indicating that Morales's condition was not work-related. *See id.*

7. I next spoke with Julia on September 19, 2003. *See id.* She indicated to me that their nurse was still reviewing the claims and needed additional information; that as soon as the nurse finished reviewing the matter, Julia would contact me with a decision. *See id.*

8. I called Julia on October 20, 2003, requesting an update; Julia advised me that GMS was still reviewing the matter and would call me after GMS's attorneys had made a decision. *See id.*

9. Julia called back on October 23, 2003 and indicated to me that GMS had accepted responsibility for the claims and would pay the claims within the subsequent two weeks. *See id.*

10. In reliance on GMS's promise to pay, we subsequently refunded Citizens Insurance on December 10, 2003. *See id.*

2

11. By November 20, 2003, we had not yet received any payments from GMS, so I left a message with a Becky Lillie, district manager at GMS, inquiring as to whether and when GMS planned to forward payment. *See id.*

12. GMS subsequently rejected the claims on December 18, 2003 and denied any duty to pay for the claims. *See id.*

13. To date, ZCH has not received any payments from Assurity or GMS despite acceptance of responsibility and their promise to make payments.

14. To date, defendants owe ZCH $337,169.47, exclusive of interest, for services rendered from February, 2001 through December, 2003.

FURTHER, AFFIANT SAYETH NOT.

Dated: September 8, 2006

_____
Patricia Boyd

STATE OF MICHIGAN    )
                     )ss.
COUNTY OF OTTAWA     )

Subscribed and sworn to before me this __8th__ day of __September__, 2006.

MARY I. KOUW
Notary Public, State of Michigan
County of Ottawa
My Commission Expires Jun. 2, 2012
Acting in the County of_____

_____
Notary Public, _____ County, MI
My Commission expires_____